DOCUMENT 1

FILED

ELECTRONICALLY FILED 2017-Sep-20 PM 02:44
9/13/2017 6:25 PM DISTRICT COURT
63-CV-2017-901120.00 L.D. OF ALABAMA
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

| | | |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>63<br><br>Date of Filing:   Judge Code:<br>09/13/2017 |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL v. DEPUY SYNTHES, INC ET AL**

> **EXHIBIT**
> **1**

**First Plaintiff:** ☐ Business ☑ Individual    **First Defendant:** ☑ Business ☐ Indi
☐ Government ☐ Other          ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☑ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS  (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/
Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM    O ☐ OTHER
DISTRICT COURT

R ☐ REMANDED    T ☐ TRANSFERRED FROM
OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES ☐ NO    **Note:** Checking "Yes" does not constitute a demand for a
jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
DUN049      9/13/2017 6:25:37 PM      /s/ JAMES BRIAN DUNCAN JR
Date                  Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**    ☐ YES ☑ NO ☐ UNDECIDED



ELECTRONICALLY FILED
9/13/2017 6:25 PM
63-CV-2017-901120.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

DOCUMENT 2

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES, SR., &
TRACY JONES,

    Plaintiffs,

v.

DEPUY SYNTHES, INC.; DEPUY
SYNTHES PRODUCTS, INC.; DEPUY
SYNTHES SALES, INC.; MEDICAL
DEVICE BUSINESS SERVICES, INC.,
F/K/A DEPUY ORTHOPAEDICS, INC.;
DEPUY SYNTHES JOHNSON &
JOHNSON IRELAND, LTD; DEPUY
IRELAND UNLIMITED COMPANY;
JOHNSON & JOHNSON; JOHNSON &
JOHNSON SERVICES, INC.; JOHNSON
& JOHNSON INTERNATIONAL;
ANDREW LEWIS; 1-10, the individuals,
entities, or corporations that
designed, tested, manufactured,
marketed, distributed, or sold the
ATTUNE total knee system that is at
issue in this case; 11-20, the
individuals, entities, or corporations
that designed, tested, manufactured,
marketed, distributed, or sold any
component parts of the ATTUNE total
knee system that is at issue in this
case; 21-30, the individuals, entities,
or corporations that certified or
approved the ATTUNE total knee
system that is at issue in this case; 31-
40, the individuals, entities, or
corporations that were the owners,
partners, joint venturers, employers,
masters, servants, principals, or
agents of any of the named or
fictitiously named defendants 1-30.

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO
CV-2017-_____

DOCUMENT 2

## COMPLAINT

COME NOW the Plaintiffs, Willie Anthony Jones, Sr., and Tracy Jones, and file this complaint against Defendants Depuy Synthes, Inc., Depuy Synthes Products, Inc.; Depuy Synthes Sales, Inc.; Medical Device Business Services, Inc., F/K/A DePuy Orthopaedics, Inc.; Depuy Synthes Johnson & Johnson Ireland, Ltd; Depuy Ireland Unlimited Company; Johnson & Johnson; Johnson & Johnson Services, Inc.; Johnson & Johnson International; Andrew Lewis, and fictitiously named defendants 1-40 as follows:

### PARTIES

1.     Plaintiff **Willie Anthony Jones, Sr.** is over the age of 19 and is a resident of Alabama.

2.     Plaintiff **Tracy Jones** is over the age of 19 and is a resident of Alabama. She is married to Willie Anthony Jones, Sr.

3.     Defendant **Depuy Synthes, Inc.,** is Delaware Corporation with its principal place of business at 700 Orthopaedic Drive, Warsaw, IN 46581, and at all relevant times was doing business in the State of Alabama.

4.     Defendant **Depuy Synthes Products, Inc.**, is Delaware Corporation with its principal place of business at 1101 Synthes Ave, Monument, CO, 80132, and at all relevant times was doing business in the State of Alabama.

5.     Defendant **Depuy Synthes Sales, Inc.,** is a Massachusetts Corporation with its principal place of business at 325 Paramount Drive, Raynham, MA, 02767-0350 and at all relevant times was doing business in the State of Alabama.

2

6.      Defendant **Medical Device Business Services, Inc., F/K/A DePuy Orthopaedics, Inc.,** is an Indiana Corporation with its principal place of business at 700 Orthopaedic Drive, Warsaw, IN 46581, and at all relevant times was doing business in the State of Alabama.

7.      Defendant **Depuy Synthes Johnson & Johnson Ireland, Ltd** is an entity organized in Ireland with its principal place of business at Unit 2, Block 10, Blanchardstown Corporate Park, Dublin 15, Ireland, and at all relevant times was doing business in the State of Alabama.

8.      Defendant **Depuy Ireland Unlimited Company** is an entity organized in Ireland with its principal place of business at Loughbeg Industrial Estate, Ringaskiddy CO Cork, Ireland, and at all relevant times was doing business in the State of Alabama.

9.      Defendant **Johnson & Johnson** is a New Jersey Corporation with its principal place of business at One Johnson & Johnson Plaza, New Brunswick, New Jersey, 08933, and at all relevant times was doing business in the State of Alabama.

10.      Defendant **Johnson & Johnson Services, Inc.,** is a New Jersey Corporation with its principal place of business at One Johnson & Johnson Plaza, New Brunswick, New Jersey, 08933, and at all relevant times was doing business in the State of Alabama.

11.      Defendant **Johnson & Johnson International** is a New Jersey Corporation with its principal place of business at One Johnson & Johnson Plaza, New Brunswick, New Jersey, 08933, and at all relevant times was doing business in the State of Alabama.

12.      Defendants Depuy Synthes, Inc., Depuy Synthes Products, Inc.; Depuy Synthes Sales, Inc.; Medical Device Business Services, Inc., F/K/A DePuy Orthopaedics,

DOCUMENT 2

3

Inc.; Depuy Synthes Johnson & Johnson Ireland, Ltd; Depuy Ireland Unlimited Company; Johnson & Johnson; Johnson & Johnson Services, Inc.; and Johnson & Johnson International were all involved in the design, development, testing, manufacturing, marketing, distributing and sale of the ATTUNE total knee system that is the subject of this lawsuit. These defendants are referred to herein collectively as "Depuy Defendants"

13.     Defendant **Andrew Lewis** is over the age of 19 and is a resident of Alabama.

14.     Fictitiously named Defendants 1-10 are the individuals, entities, or corporations that designed, tested, manufactured, marketed, distributed, or sold the ATTUNE total knee system that is at issue in this case.

15.     Fictitiously named Defendants 11-20 are the individuals, entities, or corporations that designed, tested, manufactured, marketed, distributed, or sold any component parts of the ATTUNE total knee system that is at issue in this case.

16.     Fictitiously named Defendants 21-30 are the individuals, entities, or corporations that certified or approved the ATTUNE total knee system that is at issue in this case.

17.     Fictitiously named Defendants 31-40 are the individuals, entities, or corporations that were the owners, partners, joint venturers, employers, masters, servants, principals, or agents of any of the named or fictitiously named defendants 1-30.

## FACTS

18.     This is a personal injury action arising out of a defective total knee replacement system (ATTUNE total knee replacement system) that was designed, tested,

DOCUMENT 2

manufactured, distributed, marketed, and/or sold by the Depuy Defendants and implanted into Plaintiff Mr. Willie Anthony Jones, Sr. (age 49) on February 27, 2015 at DCH Regional Medical Center in Tuscaloosa, Alabama.

19.     Defendant Andrew Lewis is a medical device sales representative who has specialized training and product knowledge and who was present in the operating room during the implantation of the ATTUNE total knee replacement system into Plaintiff Mr. Willie Anthony Jones, Sr., that is the basis of this action.

20.     The Depuy Defendant's ATTUNE total knee replacement system generally consists of three components: a femoral component which is implanted into a patient's femur; a tibial base component that is implanted into a patient's tibia; and a tibial insert that sits between the upper femoral component and lower tibial component. Cement is used secure the femoral and tibial components into their respective bones.

**ATTUNE total knee replacement system**



Femoral Component ⟶

Tibial Insert ⟶

Tibial Base ⟶

21.     The ATTUNE total knee system that was implanted into Mr. Jones on February 27, 2015 completely failed within 21 months as a result of aseptic loosening of the tibial base component.

22.     On November 14, 2016, Mr. Jones was required to undergo a painful revision surgery where the surgeon noted that, "*the tibial component was found to be grossly loose*

DOCUMENT 2

*and lifted free from the cement mantle with virtually no cement adhered to the tibial implant.*"

23.     The debonding of the tibial implant-cement interface was due to the defective nature of Depuy Defendant's Attune Knee system and/or the failure of Defendant Andrew Lewis to take appropriate actions to inform Mr. Jones's original surgeon and other healthcare providers of important information regarding the medical device, including, but not limited to, his knowledge of problems with debonding of the tibial implant and/or appropriate product selection and cementing techniques.

24.     As a proximate consequence of the Defendants' conduct, Plaintiffs suffered personal injuries and damages.

25.     In June of 2017, The Journal of Knee Surgery published a peer reviewed study titled, "Unusually High Rate of Early Failure of Tibial Component in ATTUNE Total Knee Arthroplasty System at Implant-Cement Interface." The authors noted that there had been 21 reports of tibial loosening at the implant-cement interface in the Manufacturer and User Facility Device database in the last two months alone and further described several design issues as possible causes of the failures.

## FIRST CAUSE OF ACTION
### (Negligence)

26.     Plaintiffs incorporate all prior paragraphs as if set forth fully herein.

27.     Plaintiffs further allege against the Depuy Defendants and fictitiously named defendants 1-40; individually and jointly, as follows:

28.     The Depuy Defendants and fictitiously named defendants 1-40 had a duty

6

to exercise reasonable and ordinary care in the design, testing, manufacture, marketing, distribution, approval, and sale of the ATTUNE total knee system described herein.

29.    The Depuy Defendants and fictitiously named defendants 1-40 breached their duties by negligently designing, testing, manufacturing, marketing, distributing, approving, and selling the ATTUNE total knee system described herein.

30.    Plaintiffs' injuries were proximately caused by such negligence of the Depuy Defendants and fictitiously named defendants 1-40, either directly, on behalf of, or by and through agents, servants, or employees.

31.    WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40; individually and jointly, for such sums as the jury may assess and are recoverable by law.

### SECOND CAUSE OF ACTION
### (Wantonness)

32.    Plaintiffs incorporate all prior paragraphs as if set forth fully herein.

33.    Plaintiffs further allege against the Depuy Defendants and fictitiously named defendants 1-40; individually and jointly, as follows:

34.    The Depuy Defendants and fictitiously named defendants 1-40 designed, tested, manufactured, marketed, distributed, approved, and sold the ATTUNE total knee system described herein in a manner that was reckless and/or exhibited a conscious disregard for the safety of the patients that would be implanted with the system.

35.    The Depuy Defendants and fictitiously named defendants 1-40 designing, testing, manufacturing, marketing, distributing, approving, and selling of the ATTUNE total knee system described herein was wanton.

DOCUMENT 2

7

36.     Plaintiffs' injuries were proximately caused by such wantonness of the Depuy Defendants and fictitiously named defendants 1-40, either directly, on behalf of, or by and through agents, servants, or employees.

37.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40; individually and jointly, for such sums as the jury may assess and are recoverable by law, including punitive damages.

## THIRD CAUSE OF ACTION
### (Product Liability)

38.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

39.     This cause of action is brought pursuant to the Alabama Extended Manufacturing Liability Doctrine.

40.     The ATTUNE total knee system designed, manufactured, sold, distributed, supplied, retailed, marketed, approved, and/or placed into the stream of commerce by the Depuy Defendants and fictitiously named defendants 1-40 is defective and unreasonably dangerous for its intended and foreseeable uses at the time of its manufacture, distribution, sale and/or delivery.

41.     As a proximate consequence, Plaintiffs suffered personal injuries and damages.

42.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40, individually and jointly, for such sums as the jury may assess and are recoverable by law, including punitive damages.

DOCUMENT 2

8

## FOURTH CAUSE OF ACTION
### (Breach of Express Warranty)

43.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

44.     The Depuy Defendants and fictitiously named defendants 1-40 expressly warranted that the ATTUNE total knee system involved in this suit was safe and manufactured in accordance with industry standards.

45.     The ATTUNE total knee system involved in this suit did not conform to the express warranty.

46.     As a consequence, Plaintiffs suffered personal injuries and damages.

47.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40, individually and jointly, for such sums as the jury may assess and are recoverable by law.

## FIFTH CAUSE OF ACTION
### (Breach of Implied Warranty of Fitness for a Particular Purpose)

48.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

49.     The Depuy Defendants, Defendant Andrew Lewis, and fictitiously named defendants 1-40 breached their promise or warranty that the ATTUNE total knee replacement system was suitable for the particular purpose it was being utilized for.

50.     As a consequence, Plaintiffs suffered personal injuries and damages.

51.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40, individually and jointly, for such sums as the jury may assess and are recoverable by law.

DOCUMENT 2

## SIXTH CAUSE OF ACTION
### (Breach of Implied Warranty of Merchantability)

52.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

53.     The Depuy Defendants and fictitiously named defendants 1-40 breached their promise or warranty that the ATTUNE total knee system was fit for the ordinary purpose for which total knee replacement systems are used.

54.     As a consequence, Plaintiffs suffered personal injuries and damages.

55.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40, individually and jointly, for such sums as the jury may assess and are recoverable by law.

## SEVENTH CAUSE OF ACTION
### (Negligence of Defendant Andrew Lewis)

56.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

57.     Defendant Andrew Lewis had specialized training and education regarding the ATTUNE total knee system and is noted in Mr. Jones's medical records as being present in the operating room at the time that the subject ATTUNE total knee system was being selected, fitted, implanted, and cemented into Mr. Jones's right leg.

58.     Defendant Andrew Lewis had a duty to act as a reasonable medical device product sales representative and to provide Mr. Jones's healthcare providers with important and material information regarding the ATTUNE total knee system including, but not limited to, reported problems with the product, usage and implantation methods, proper product selection, and proper cementing technique.

59.     Defendant Andrew Lewis negligently breached this duty.

10

DOCUMENT 2

60.    At all relevant times, Defendant Andrew Lewis was working as the agent, servant, and/or employee of the Depuy Defendants and/or fictitiously named defendants 1-40, who are vicariously responsible for the negligent conduct of Mr. Lewis.

61.    As a proximate consequence of Mr. Lewis's said negligence, Plaintiffs were caused to suffer personal injuries and damages.

WHEREFORE, Plaintiff Tracy Jones demands judgment against the Depuy Defendants, Defendant Andrew Lewis, and fictitiously named defendants 1-40, jointly and severally, for compensatory damages, interest and costs, in excess of the minimum jurisdictional requirements of the Court.

## EIGHTH CAUSE OF ACTION
### (Fraudulent Concealment of Defendant Andrew Lewis)

62.    Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

63.    Defendant Andrew Lewis had an obligation to inform Mr. Jones's healthcare providers of his knowledge of the reported problems of aseptic loosening of the tibial implant of the ATTUNE total knee system as a result of cement debonding issues.

64.    Defendant Andrew Lewis concealed or failed to disclose material facts to Mr. Jones's healthcare providers.

65.    As a proximate consequence, Plaintiffs were caused to suffer personal injuries and damages.

WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants, Defendant Andrew Lewis, and fictitiously named defendants 1-40, jointly and severally, for compensatory and punitive damages, interest and costs, in excess of the minimum jurisdictional requirements of the Court.

11

## NINTH CAUSE OF ACTION
### (Loss of Service and Consortium)

66.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

67.     As a further proximate consequence of the tortious conduct of the Defendants and fictitiously named defendants 1-40, individually and/or jointly, Plaintiff Tracy Jones was caused to lose the services and consortium of her husband for a period of time; was required to provide nursing services to him; and was caused to suffer mental anguish and emotional distress.

WHEREFORE, Plaintiffs demand judgment against the Deputy Defendants, Defendant Andrew Lewis, and fictitiously named defendants 1-40, jointly and severally, for compensatory damages, interest and costs, in excess of the minimum jurisdictional requirements of the Court.

<div style="margin-left:50%">

**CUNNINGHAM BOUNDS, LLC**
Attorneys for the Plaintiffs

BY:     /s/  J. Brian Duncan
J. BRIAN DUNCAN (DUN049)
WILLIAM E. BONNER (BON028)
P.O. Box 66705
Mobile, Alabama 36660
Telephone: (251) 471-6191
Facsimile: (251) 479-1031
E:jbd@cunninghambounds.com
E:web@cunninghambounds.com

</div>

**PLAINTIFFS DEMAND A TRIAL BY JURY.**

<div style="margin-left:50%">

/s/ J. Brian Duncan, Jr.
**J. BRIAN DUNCAN, JR.**

</div>

DOCUMENT 2

**DEFENDANTS MAY BE SERVED AS FOLLOWS:**

<u>By Certified Mail</u>:
**Depuy Synthes, Inc.**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Depuy Synthes Products, Inc.**
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**Depuy Synthes Sales, Inc.**
CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

**Medical Device Business Services, Inc., F/K/A DePuy Orthopaedics, Inc.,**
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**Depuy Synthes Johnson & Johnson Ireland, Ltd**
Airton Road
Tallaght
Dublin 24

**Depuy Ireland Unlimited Company**
Loughbeg Industrial Estate
Ringaskiddy
CO Cork

**Johnson & Johnson**
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**Johnson & Johnson Services, Inc.**
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**Johnson & Johnson International**
One Johnson & Johnson Plaza

DOCUMENT 2

13

New Brunswick, NJ 08933

**By Tuscaloosa County Sheriff:**

**Andrew Lewis**
5425 Savannah Avenue
Tuscaloosa, AL 35406

DOCUMENT 2



AlaFile E-Notice

63-CV-2017-901120.00

To:  JAMES BRIAN DUNCAN JR
     jbd@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:     9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: DEPUY SYNTHES, INC
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:     9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: DEPUY SYNTHES PRODUCTS, INC
CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:      9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:  DEPUY SYNTHES SALES, INC
     CT CORPORATION SYSTEM
     155 FEDERAL ST., STE 700
     BOSTON, MA, 02110

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:      9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:  MEDICAL DEVICE BUS SERVICES INC, F/K/A DEPUY ORTHO
CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL, 36104

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:      9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:  DEPUY SYNTHES JOHNSON & JOHNSON IRELAND LTD
     AIRTON ROAD
     TALLAGHT, DUBLIN 24, AL, 36604

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:     9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:  DEPUIY IRELAND UNLIMITED CO
LOUGHBEG INDUS ESTATE
RINGASKIDDY
CO CORK, AL, 36604

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:     9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:   JOHNSON & JOHNSON
      ONE JOHNSON & JOHNSON PLZ
      NEW BRUNSWICK, NJ, 08933

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:      9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:  JOHNSON & JOHNSON SERVICES, INC
ONE JOHNSON & JOHNSON PLZ
NEW BRUNSWICK, NJ, 08933

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:     9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: JOHNSON & JOHNSON INTERNATIONAL
ONE JOHNSON & JOHNSON PLZ
NEW BRUNSWICK, NJ, 08933

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:     9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:   ANDREW LEWIS
      5425 SAVANNAH AVENUE
      TUSCALOOSA, AL, 35406

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:       9/13/2017 6:25:56 PM

Service by sheriff in 63 – TUSCALOOSA County

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

**NOTICE TO:** DEPUY SYNTHES, INC, THE CORPORATION TRUST CO 1209 ORANGE ST, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR
pursuant to the Alabama Rules of the Civil Procedure.           *(Name(s))*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.        /s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                    *(Name of County)*

Alabama on _____

*(Date)*

| | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

NOTICE TO: DEPUY SYNTHES PRODUCTS, INC, CT CORPORATION SYSTEM 2 N. JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES BRIAN DUNCAN JR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL**
**PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*                 *(Name of County)*

Alabama on _____

*(Date)*

_____        _____        _____
*(Type of Process Server)*              *(Server's Signature)*                    *(Address of Server)*

_____        _____
                                                *(Server's Printed Name)*                   *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

**NOTICE TO:** DEPUY SYNTHES SALES, INC, CT CORPORATION SYSTEM 155 FEDERAL ST., STE 700, BOSTON, MA 02110

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR
_____,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660                                    .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ JAMES BRIAN DUNCAN JR
_____

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                              *(Name of County)*

Alabama on _____.

*(Date)*

_____        _____        _____

*(Type of Process Server)*                  *(Server's Signature)*                        *(Address of Server)*

_____        _____

*(Server's Printed Name)*                    *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

NOTICE TO: MEDICAL DEVICE BUS SERVICES INC, F/K/A DEPUY ORTHO, CT CORPORATION SYSTEM 2 N. JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES BRIAN DUNCAN JR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____          _____          _____
*(Type of Process Server)*   *(Server's Signature)*       *(Address of Server)*

_____          _____
*(Server's Printed Name)*      *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

**NOTICE TO:** DEPUY SYNTHES JOHNSON & JOHNSON IRELAND LTD, AIRTON ROAD, TALLAGHT, DUBLIN 24, AL 36604

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES BRIAN DUNCAN JR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*            *(Name of County)*

Alabama on _____ .

*(Date)*

_____          _____          _____
*(Type of Process Server)*            *(Server's Signature)*            *(Address of Server)*

_____          _____
*(Server's Printed Name)*            *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

NOTICE TO: DEPUY IRELAND UNLIMITED CO, LOUGHBEG INDUS ESTATE RINGASKIDDY, CO CORK, AL 36604

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES BRIAN DUNCAN JR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*           *(Name of County)*

Alabama on _____ .

*(Date)*

_____           _____           _____

*(Type of Process Server)*           *(Server's Signature)*           *(Address of Server)*

_____           _____

*(Server's Printed Name)*           *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

NOTICE TO: JOHNSON & JOHNSON, ONE JOHNSON & JOHNSON PLZ, NEW BRUNSWICK, NJ 08933

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR
,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660
.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR

pursuant to the Alabama Rules of the Civil Procedure.                    *[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.      /s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on
.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                                        County,

*(Name of Person Served)*                                    *(Name of County)*

Alabama on
.

*(Date)*

_____          _____          *(Address of Server)*

*(Type of Process Server)*              *(Server's Signature)*

_____          _____

*(Server's Printed Name)*              *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

**NOTICE TO:** JOHNSON & JOHNSON SERVICES, INC, ONE JOHNSON & JOHNSON PLZ, NEW BRUNSWICK, NJ 08933

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*           *(Name of County)*

Alabama on _____

*(Date)*

_____          _____          _____
*(Type of Process Server)*       *(Server's Signature)*          *(Address of Server)*

_____          _____
*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

NOTICE TO: JOHNSON & JOHNSON INTERNATIONAL, ONE JOHNSON & JOHNSON PLZ, NEW BRUNSWICK, NJ 08933

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES BRIAN DUNCAN JR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of WILLIE ANTHONY JONES SR pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____ .

*(Date)*

_____     _____     _____

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

_____     _____

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
| --- | --- | --- |

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

NOTICE TO: ANDREW LEWIS, 5425 SAVANNAH AVENUE, TUSCALOOSA, AL 35406

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR
_____,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuate to the Alabama Rules of the Civil Procedure.                                                    *[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
| --- | --- | --- |
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.       _____

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                                    *(Name of County)*

Alabama on _____ .

*(Date)*

_____       _____       _____

*(Type of Process Server)*                    *(Server's Signature)*                         *(Address of Server)*

_____       _____

*(Server's Printed Name)*                      *(Phone Number of Server)*

DOCUMENT 5

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**63-CV-2017-901120.00** |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

NOTICE TO: JOHNSON & JOHNSON INTERNATIONAL, ONE JOHNSON & JOHNSON PLZ, NEW BRUNSWICK, NJ 08933

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: PO BOX

THE ANSWER MUST BE MAILED OR D                                         ) COMPLAINT OR
OTHER DOCUMENT WERE SERVED ON                                         GAINST YOU FOR
THE MONEY OR OTHER THINGS DEMAN

TO ANY SHERIFF OR ANY                                                      CIVIL

☐ You are hereby commanded to serv

this action upon the above-named D                                        nent in

☑ Service by certified mail of this Sum

pursuant to the Alabama Rules of th                                        )NY JONES SR

9/13/2017 6:25:56 PM                                                       ne(s))
*(Date)*

☑ Certified Mail is hereby requested.                                     *(Name)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$ 7.71

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____
*(Name of Person Served)*                                              *(Date)*

_____ County,
                                          *(Name of County)*

Alabama on _____
              *(Date)*

_____           _____           _____
*(Type of Process Server)*          *(Server's Signature)*              *(Address of Server)*

                                  _____           _____
                                  *(Server's Printed Name)*            *(Phone Number of Server)*

**63-CV-2017-901120.00**
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

C001 - WILLIE ANTHONY JONES SR               v.        D009 - JOHNSON & JOHNSON INTERNATIONAL
*(Plaintiff)*                                                      *(Defendant)*



**SERVICE RETURN COPY**

DOCUMENT 6

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>63-CV-2017-901120.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

**NOTICE TO:** JOHNSON & JOHNSON SERVICES, INC, ONE JOHNSON & JOHNSON PLZ, NEW BRUNSWICK, NJ 08933

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

WHOSE ADDRESS(ES) IS/ARE: P(

THE ANSWER MUST BE MAILE[                                    ]S AND COMPLAINT OR
OTHER DOCUMENT WERE SERV[                                  ]RED AGAINST YOU FOR
THE MONEY OR OTHER THINGS [

**TO ANY SHERIFF O**                                          ES OF CIVIL

☐ You are hereby commanded !                            · document in

☑ Service by certified mail of thi                          ANTHONY JONES SR
   pursuant to the Alabama Rule                              *[Name(s)]*

   9/13/2017 6:25:56 PM                                   y:
   *(Date)*                                                    *(Name)*

☑ Certified Mail is hereby reque

---

### U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required        $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$   7.71

Total Postage and Fees
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
                                                          *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*                          *(Name of County)*

Alabama on _____ .
                    *(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

### 63-CV-2017-901120.00
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

| C001 - WILLIE ANTHONY JONES SR | v. | D008 - JOHNSON & JOHNSON SERVICES, INC |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

DOCUMENT 7

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>63-CV-2017-901120.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

**NOTICE TO:** JOHNSON & JOHNSON, ONE JOHNSON & JOHNSON PLZ, NEW BRUNSWICK, NJ 08933

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S).
JAMES BRIAN DUNCAN JR

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66709

THE ANSWER MUST BE MAILED OR DELIV~~ERED~~
OTHER DOCUMENT WERE SERVED ON YOU
THE MONEY OR OTHER THINGS DEMANDED

### U.S. Postal Service™
### CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$ 7.71
Total Postage and Fees
$

Sent To _____

Street and Apt. No., or PO Box No. _____

City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047       See Reverse for Instructions

### TO ANY SHERIFF OR ANY PER~~SON~~
### PRO~~CESS~~
☐ You are hereby commanded to serve this ~~summons~~
   this action upon the above-named Defen~~dant~~
☑ Service by certified mail of this Summons ~~and Complaint~~
   pursuant to the Alabama Rules of the Civ~~il Procedure~~
   9/13/2017 6:25:56 PM
   *(Date)*
☑ Certified Mail is hereby requested.

MPLAINT OR
ST YOU FOR

L

in

JONES SR

*Name)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____
*(Address of Server)*

_____          _____
*(Type of Process Server)*     *(Server's Signature)*

_____          _____
*(Server's Printed Name)*       *(Phone Number of Server)*

### 63-CV-2017-901120.00
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

| C001 - WILLIE ANTHONY JONES SR | v. | D007 - JOHNSON & JOHNSON |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



## SERVICE RETURN COPY

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>63-CV-2017-901120.00 |
|---|---|---|

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

**NOTICE TO:** DEPUY IRELAND UNLIMITED CO, LOUGHBEG INDUS ESTATE RINGASKIDDY, CO CORK, AL 36604

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHE
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU
ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING O
OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A C
DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(
JAMES BRIAN DUNCAN JR

*(Name(s) of Attor*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 366(

*(Addr*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 3C
OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMEN'
THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAI

**TO ANY SHERIFF OR ANY PERSON AUTHORI:**
**PROCEDURE TO SEF**

☐ You are hereby commanded to serve this Summons and a
this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon
pursuant to the Alabama Rules of the Civil Procedure.

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.

/s/ JAMES BRIAN DUNCAN JR

*(Plaintiff's/Attorney's Signature)*

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**O F F I C I A L   U S E**

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____      Postmark
☐ Certified Mail Restricted Delivery $ _____        Here
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage   7.7
$
Total Postage and Fees
$

Sent To
Street and Apt No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

---

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .

_____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*                 *(Name of County)*

Alabama on _____ .

*(Date)*

_____
*(Address of Server)*

_____        _____
*(Type of Process Server)*              *(Server's Signature)*

_____        _____
*(Server's Printed Name)*               *(Phone Number of Server)*

**63-CV-2017-901120.00**
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

| C001 - WILLIE ANTHONY JONES SR | v. | D006 - DEPUY IRELAND UNLIMITED CO |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

**SERVICE RETURN COPY**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL.

**NOTICE TO:** DEPUY SYNTHES JOHNSON & JOHNSON IRELAND LTD, AIRTON ROAD, TALLAGHT, DUBLIN 24, AL 36804

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED
OTHER DOCUMENT WERE SERVED ON YOU OR A
THE MONEY OR OTHER THINGS DEMANDED IN THE

**TO ANY SHERIFF OR ANY PERSON**
**PROCEDUR**

☐ You are hereby commanded to serve this Summ
  this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initi
  pursuant to the Alabama Rules of the Civil Proce
  9/13/2017 6:25:56 PM
  *(Date)*

☑ Certified Mail is hereby requested.

**RETUR**

☐ Return receipt of certified mail received in this offi

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____, County,
*(Name of Person Served)*                *(Name of County)*

Alabama on _____
              *(Date)*

_____
*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____
*(Server's Printed Name)*     *(Phone Number of Server)*

### 63-CV-2017-901120.00
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

| C001 - WILLIE ANTHONY JONES SR | v. | D005 - DEPUY SYNTHES JOHNSON & JOHNSON IRELAND LTD |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage   $ *7.77*

Total Postage and Fees   $

Sent To _____
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4® _____

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

SR

Postmark
Here

| State of Alabama Unified Judicial System Form C-34  Rev. 4/2017 | SUMMONS - CIVIL - | Court Case Number 63-CV-2017-901120.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

NOTICE TO: MEDICAL DEVICE BUS SERVICES INC, F/K/A DEPUY ORTHO, CT CORPORATION SYSTEM 2 N. JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES BRIAN DUNCAN JR

WHOSE ADDRESS(ES) IS/ARE: PO BOX 6670

THE ANSWER MUST BE MAILED OR DELIV... OTHER DOCUMENT WERE SERVED ON YOU... MPLAINT OR
THE MONEY OR OTHER THINGS DEMANDED... IST YOU FOR

### TO ANY SHERIFF OR ANY PE... PRO...

- [ ] You are hereby commanded to serve thi... this action upon the above-named Defer...
- [x] Service by certified mail of this Summon... pursuant to the Alabama Rules of the Ci... JONES SR

9/13/2017 6:25:56 PM
*(Date)*

- [x] Certified Mail is hereby requested.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
- [ ] Return Receipt (hardcopy)  $
- [ ] Return Receipt (electronic)  $
- [ ] Certified Mail Restricted Delivery  $
- [ ] Adult Signature Required  $
- [ ] Adult Signature Restricted Delivery  $

Postmark Here

Postage
$ 7.71
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

## RETURN ON SERVICE

- [ ] Return receipt of certified mail received in this office on _____ *(Date)*

- [ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,

_____
*(Name of Person Served)*     *(Name of County)*

Alabama on _____
*(Date)*

_____          _____
*(Type of Process Server)*     *(Server's Signature)*     *(Address of Server)*

_____          _____
*(Server's Printed Name)*     *(Phone Number of Server)*

### 63-CV-2017-901120.00
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

| C001 - WILLIE ANTHONY JONES SR | v. | D004 - MEDICAL DEVICE BUS SERVICES INC, F/K/A DEPUY ORTHO |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

**NOTICE TO:** DEPUY SYNTHES SALES, INC, CT CORPORATION SYSTEM 155 FEDERAL ST., STE 700, BOSTON, MA 02110

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705

THE ANSWER MUST BE MAILED OR DELIV
OTHER DOCUMENT WERE SERVED ON YOU
THE MONEY OR OTHER THINGS DEMANDED

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ _____
☐ Return Receipt (electronic)   $ _____      Postmark
☐ Certified Mail Restricted Delivery   $ _____      Here
☐ Adult Signature Required   $ _____
☐ Adult Signature Restricted Delivery   $ _____

Postage
$
**Total Postage and Fees**
$

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

MPLAINT OR
ST YOU FOR

L

in

JONES SR

*Vame)*

**TO ANY SHERIFF OR ANY PER**
**PRO(**

☐ You are hereby commanded to serve this
this action upon the above-named Defen
☑ Service by certified mail of this Summons
pursuant to the Alabama Rules of the Civi
9/13/2017 6:25:56 PM
*(Date)*

☑ Certified Mail is hereby requested.

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

in _____ County,

*(Name of Person Served)*        *(Name of County)*

Alabama on _____

*(Date)*

_____              _____
*(Address of Server)*

_____              _____
*(Type of Process Server)*        *(Server's Signature)*

_____              _____
*(Server's Printed Name)*        *(Phone Number of Server)*

**63-CV-2017-901120.00**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

C001 - WILLIE ANTHONY JONES SR              v.        D003 - DEPUY SYNTHES SALES, INC
*(Plaintiff)*                                          *(Defendant)*



**SERVICE RETURN COPY**

DOCUMENT 12

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>63-CV-2017-901120.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

NOTICE TO: DEPUY SYNTHES, INC, THE CORPORATION TRUST CO 1209 ORANGE ST, WILMINGTON, DE 19801

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED ~~WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR~~
OTHER DOCUMENT WERE SERVED ON YOU OR ~~A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR~~
THE MONEY OR OTHER THINGS DEMANDED IN TH~~E COMPLAINT OR OTHER DOCUMENT.~~

### TO ANY SHERIFF OR ANY PERSON ~~AUTHORIZED~~ ~~by the~~ Rules of Civil PROCEDU~~RE:~~

- [ ] You are hereby commanded to serve this Sum~~mons and a copy of the complaint filed in~~ this action upon the above-named Defendant.
- [x] Service by certified mail of this Summons is in~~itiated upon the written request of~~ ...ES SR
  pursuant to the Alabama Rules of the Civil Pro~~cedure~~
  9/13/2017 6:25:56 PM
  *(Date)*

- [x] Certified Mail is hereby requested.

RE~~TURN ON SERVICE~~

- [ ] Return receipt of certified mail received in this ~~office on~~
- [ ] I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
  _____ in _____ County,
  *(Name of Person Served)*        *(Name of County)*
  Alabama on _____
              *(Date)*

_____ | _____ | _____
*(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)*

| *(Server's Printed Name)* | *(Phone Number of Server)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
- [ ] Return Receipt (hardcopy)      $
- [ ] Return Receipt (electronic)    $
- [ ] Certified Mail Restricted Delivery  $
- [ ] Adult Signature Required       $
- [ ] Adult Signature Restricted Delivery  $
Postage
$ 7.71
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015  PSN 7530-02-000-9047      See Reverse for Instructions

### 63-CV-2017-901120.00
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

| C001 - WILLIE ANTHONY JONES SR | v. | D001 - DEPUY SYNTHES, INC |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

### SERVICE RETURN COPY

DOCUMENT 13

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA**
**WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL**

**NOTICE TO:** DEPUY SYNTHES PRODUCTS, INC, CT CORPORATION SYSTEM 2 N. JACKSON ST., STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705,

THE ANSWER MUST BE MAILED OR DELIVE
OTHER DOCUMENT WERE SERVED ON YOU
THE MONEY OR OTHER THINGS DEMANDED I

**TO ANY SHERIFF OR ANY PER**
**PROC**

☐ You are hereby commanded to serve this
   this action upon the above-named Defend

☑ Service by certified mail of this Summons
   pursuant to the Alabama Rules of the Civil
   9/13/2017 6:25:56 PM
   *(Date)*

☑ Certified Mail is hereby requested.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*
For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage
$ *7.71*
Total Postage and Fees
$
Sent To
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____

                                          *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

                                    in _____ County,

    *(Name of Person Served)*                             *(Name of County)*

Alabama on _____

        *(Date)*

                                  *(Address of Server)*

*(Type of Process Server)*       *(Server's Signature)*

                  *(Server's Printed Name)*        *(Phone Number of Server)*

**63-CV-2017-901120.00**
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

C001 - WILLIE ANTHONY JONES SR    v.    D002 - DEPUY SYNTHES PRODUCTS, INC
   *(Plaintiff)*                                 *(Defendant)*



**SERVICE RETURN COPY**

Doup-Johnson Smith

| State of Alabama | | |
|---|---|---|
| Unified Judicial System | **SUMMONS** | **Court Case Number** |
| Form C-34  Rev. 4/2017 | **- CIVIL -** | 63-CV-2017-901120.00 |

Original

*JHC*

## IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

**NOTICE TO:** ANDREW LEWIS, 5425 SAVANNAH AVENUE, TUSCALOOSA, AL 35406

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 9/13/2017 6:25:56 PM | /s/ MAGARIA HAMNER BOBO | By: KMWN |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested.

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*          *(Name of County)*

Alabama on _____
*(Date)*

_____
*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____
*(Server's Printed Name)*          *(Phone Number of Server)*

### 63-CV-2017-901120.00
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

C001 - WILLIE ANTHONY JONES SR          v.          D010 - ANDREW LEWIS
*(Plaintiff)*          *(Defendant)*

## SERVICE RETURN COPY

DOCUMENT 14

NOT EXECUTED ON _Andrew Lewis_
IN TUSCALOOSA COUNTY THIS
DAY SEP 15 2017 for the
FOLLOWING REASONS

_____ Moved No Forward Address

_____ Incorrect Address

_____ No Such Address

___✓___ Does Not Reside at Address

_____ Not Known at Address

_____ Not Employed at This Location

_____ Insufficient or No Description

_____ Return Order of Court

_____ Other_____
_____

Ron Abernathy, Sheriff
Tuscaloosa County, Alabama

_____ D.S.



**AlaFile E-Notice**

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:  DUNCAN JAMES BRIAN JR.
     jbd@cunninghambounds.com

---

# NOTICE OF NO SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was not served on 9/15/2017

**D010 LEWIS ANDREW**

**Corresponding To**

OTHER

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



**AlaFile E-Notice**

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:  BONNER WILLIAM EARL
web@cunninghambounds.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was not served on 9/15/2017

**D010 LEWIS ANDREW**

**Corresponding To**

OTHER

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

CV-2017-901126 SUMMONS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dipay Synthes Products, INC
CT Corporation System
2 North Jackson St. STE 605
Montgomery, AL 36104

9590 9402 2476 6306 0293 02

2. Article Number (Transfer from service label)

7017 0660 0000 5371 6625

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Kauna McHue                    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 1/21/17

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING

9590 9402 2476 6306 0293 02

United States
Postal Service

2017 SEP 25 PM 12: 3

• Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:   DUNCAN JAMES BRIAN JR.
jbd@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/21/2017

D002 DEPUY SYNTHES PRODUCTS, INC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



**AlaFile E-Notice**

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To: BONNER WILLIAM EARL
web@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/21/2017

D002 DEPUY SYNTHES PRODUCTS, INC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

CV-2017-901120 SUMMONS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alabama Dairy BusServices, Inc.
℅ Attorney General for the
℅ of Jordan System
201 S. Jackson St. STE 600
Montgomery, AL 36104

9590 9402 2476 6306 0293 19

2. Article Number (Transfer from service label)

7017 0660 0000 5371 1041

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Laura McHaney
☐ Agent
☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery
Laura McHaney          10/12/17

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING # FIRST-CLASS

9590 9402 2402 2476 9306 0293 19

United States
Postal Service

2017 SEP 27 PM 12: 50

* Sender: Please print your name, address, and ZIP+4® in this box•

KASARIA H. BOBO
CIRCUIT CLERK
TUSCALOOSA COUNTY AL

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:   DUNCAN JAMES BRIAN JR.
      jbd@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/22/2017

D004 MEDICAL DEVICE BUS SERVICES INC, F/K/A DEPUY ORTHO
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:   BONNER WILLIAM EARL
      web@cunninghambounds.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/22/2017

D004 MEDICAL DEVICE BUS SERVICES INC, F/K/A DEPUY ORTHO

Corresponding To

CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

CV-2017-901120 Summers.

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse so that we can return the card to you.

■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson + Johnson Inc.
Eg Johnson + Johnson Pls
New Brunswick, NJ 08903

9590 9402 2476 6306 0294 32

2. Article Number (transfer from service label)

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

SEP 2 5 2017

USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 2426 6306 0294 32

7017 0660 0000 0990 5371 6586

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

2017 SEP 28   PM 12: 08



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:   DUNCAN JAMES BRIAN JR.
      jbd@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/25/2017

D009 JOHNSON & JOHNSON INTERNATIONAL
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:  BONNER WILLIAM EARL
web@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/25/2017

D009 JOHNSON & JOHNSON INTERNATIONAL
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

CV-2017-901120 SUMMONS

DOCUMENT 22

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson + Johnson
Ofc Johnson + Johnson PLC
New Brunswick, NJ 08933

9590 9402 2476 6306 0294 49

2. Article Number (Transfer from service label)

7017 0660 0000 5371 6601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

SEP 25 2017
66880
USPS

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 2476 6306 0994 49

United States
Postal Service

Sender: Please print your name, address, and ZIP+4® in this box•

MARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:  DUNCAN JAMES BRIAN JR.
      jbd@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/25/2017

D007 JOHNSON & JOHNSON
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



**AlaFile E-Notice**

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:  BONNER WILLIAM EARL
web@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/25/2017

D007 JOHNSON & JOHNSON
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

CV - 2017 - 901120 Summons

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Deputy Synapse Solas, LLC
ct Corporation System
(S) Flagler St. STE 700
Boston, MA 02110

9590 9402 2476 6306 0292 96

2. Article Number (Transfer from service label)

7017 0660 0000 5371 6632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

USPS TRACKING#

9590 9402 2042 7305 0292 96

United States
Postal Service

2017 SEP 28    PM 12:

* Sender: Please print your name, address, and ZIP+4® in this box*

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:   DUNCAN JAMES BRIAN JR.
      jbd@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/28/2017

D003 DEPUY SYNTHES SALES, INC

Corresponding To

CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To: BONNER WILLIAM EARL
web@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/28/2017

D003 DEPUY SYNTHES SALES, INC

Corresponding To

CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

CV-2017-901120 - SUMMONS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Johnson & Johnson Services
Inc Johnson & Johnson
New Brunswick, NJ 0000 B

9590 9402 2476 6306 0294 25

2. Article Number (Transfer from service label)

7017 0660 0000 5371 6663

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

USPS

SEP 25 2017

66880

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 2479 6304 0294 25

United States
Postal Service

2017 SEP 28 PM 12:

Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL. 35401



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:   DUNCAN JAMES BRIAN JR.
      jbd@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/25/2017

D008 JOHNSON & JOHNSON SERVICES, INC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To: BONNER WILLIAM EARL
web@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/25/2017

D008 JOHNSON & JOHNSON SERVICES, INC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



**AlaFile E-Notice**



ELECTRONICALLY FILED
10/4/2017 12:43 PM
63-CV-2017-901120.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

63-CV-2017-901120.00

To:   JAMES BRIAN DUNCAN JR
      jbd@cunninghambounds.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following complaint was FILED on 9/13/2017 6:25:56 PM

Notice Date:      9/13/2017 6:25:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

DOCUMENT 28

ELECTRONICALLY FILED
9/13/2017 6:25 PM
63-CV-2017-901120.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Ca<br>63<br><br>Date of Filing:<br>09/13/2017       Judge Code: |
|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL v. DEPUY SYNTHES, INC ET AL

**First Plaintiff:** ☐ Business  ☑ Individual       **First Defendant:** ☑ Business  ☐ Individual
☐ Government  ☐ Other                                     ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☑ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING       A ☐ APPEAL FROM<br>DISTRICT COURT       O ☐ OTHER

R ☐ REMANDED       T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO       **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**       ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**

DUN049       9/13/2017 6:25:37 PM       /s/ JAMES BRIAN DUNCAN JR
_____       _____       _____
                                    Date                                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**       ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
9/13/2017 6:25 PM
63-CV-2017-901120.00
CIRCUIT COURT OF
TUSCALOOSA COUNTY, ALABAMA
MAGARIA HAMNER BOBO, CLERK



DOCUMENT 2

# IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

**WILLIE ANTHONY JONES, SR., & TRACY JONES,**

    **Plaintiffs,**

**v.**

**DEPUY SYNTHES, INC.; DEPUY SYNTHES PRODUCTS, INC.; DEPUY SYNTHES SALES, INC.; MEDICAL DEVICE BUSINESS SERVICES, INC., F/K/A DEPUY ORTHOPAEDICS, INC.; DEPUY SYNTHES JOHNSON & JOHNSON IRELAND, LTD; DEPUY IRELAND UNLIMITED COMPANY; JOHNSON & JOHNSON; JOHNSON & JOHNSON SERVICES, INC.; JOHNSON & JOHNSON INTERNATIONAL; ANDREW LEWIS; 1-10, the individuals, entities, or corporations that designed, tested, manufactured, marketed, distributed, or sold the ATTUNE total knee system that is at issue in this case; 11-20, the individuals, entities, or corporations that designed, tested, manufactured, marketed, distributed, or sold any component parts of the ATTUNE total knee system that is at issue in this case; 21-30, the individuals, entities, or corporations that certified or approved the ATTUNE total knee system that is at issue in this case; 31-40, the individuals, entities, or corporations that were the owners, partners, joint venturers, employers, masters, servants, principals, or agents of any of the named or fictitiously named defendants 1-30.**

    **Defendants.**

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CIVIL ACTION NO**
**CV-2017-_____**

**COMPLAINT**

COME NOW the Plaintiffs, Willie Anthony Jones, Sr., and Tracy Jones, and file this complaint against Defendants Depuy Synthes, Inc., Depuy Synthes Products, Inc.; Depuy Synthes Sales, Inc.; Medical Device Business Services, Inc., F/K/A DePuy Orthopaedics, Inc.; Depuy Synthes Johnson & Johnson Ireland, Ltd; Depuy Ireland Unlimited Company; Johnson & Johnson; Johnson & Johnson Services, Inc.; Johnson & Johnson International; Andrew Lewis, and fictitiously named defendants 1-40 as follows:

### PARTIES

1.      Plaintiff **Willie Anthony Jones, Sr.** is over the age of 19 and is a resident of Alabama.

2.      Plaintiff **Tracy Jones** is over the age of 19 and is a resident of Alabama. She is married to Willie Anthony Jones, Sr.

3.      Defendant **Depuy Synthes, Inc.,** is Delaware Corporation with its principal place of business at 700 Orthopaedic Drive, Warsaw, IN 46581, and at all relevant times was doing business in the State of Alabama.

4.      Defendant **Depuy Synthes Products, Inc.,** is Delaware Corporation with its principal place of business at 1101 Synthes Ave, Monument, CO, 80132, and at all relevant times was doing business in the State of Alabama.

5.      Defendant **Depuy Synthes Sales, Inc.,** is a Massachusetts Corporation with its principal place of business at 325 Paramount Drive, Raynham, MA, 02767-0350 and at all relevant times was doing business in the State of Alabama.

2

6.      Defendant **Medical Device Business Services, Inc., F/K/A DePuy Orthopaedics, Inc.,** is an Indiana Corporation with its principal place of business at 700 Orthopaedic Drive, Warsaw, IN 46581, and at all relevant times was doing business in the State of Alabama.

7.      Defendant **Depuy Synthes Johnson & Johnson Ireland, Ltd** is an entity organized in Ireland with its principal place of business at Unit 2, Block 10, Blanchardstown Corporate Park, Dublin 15, Ireland, and at all relevant times was doing business in the State of Alabama.

8.      Defendant **Depuy Ireland Unlimited Company** is an entity organized in Ireland with its principal place of business at Loughbeg Industrial Estate, Ringaskiddy CO Cork, Ireland, and at all relevant times was doing business in the State of Alabama.

9.      Defendant **Johnson & Johnson** is a New Jersey Corporation with its principal place of business at One Johnson & Johnson Plaza, New Brunswick, New Jersey, 08933, and at all relevant times was doing business in the State of Alabama.

10.     Defendant **Johnson & Johnson Services, Inc.,** is a New Jersey Corporation with its principal place of business at One Johnson & Johnson Plaza, New Brunswick, New Jersey, 08933, and at all relevant times was doing business in the State of Alabama.

11.     Defendant **Johnson & Johnson International** is a New Jersey Corporation with its principal place of business at One Johnson & Johnson Plaza, New Brunswick, New Jersey, 08933, and at all relevant times was doing business in the State of Alabama.

12.     Defendants Depuy Synthes, Inc., Depuy Synthes Products, Inc.; Depuy Synthes Sales, Inc.; Medical Device Business Services, Inc., F/K/A DePuy Orthopaedics,

DOCUMENT 2

3

Inc.; Depuy Synthes Johnson & Johnson Ireland, Ltd; Depuy Ireland Unlimited Company; Johnson & Johnson; Johnson & Johnson Services, Inc.; and Johnson & Johnson International were all involved in the design, development, testing, manufacturing, marketing, distributing and sale of the ATTUNE total knee system that is the subject of this lawsuit.  These defendants are referred to herein collectively as "Depuy Defendants"

13.    Defendant **Andrew Lewis** is over the age of 19 and is a resident of Alabama.

14.    Fictitiously named Defendants 1-10 are the individuals, entities, or corporations that designed, tested, manufactured, marketed, distributed, or sold the ATTUNE total knee system that is at issue in this case.

15.    Fictitiously named Defendants 11-20 are the individuals, entities, or corporations that designed, tested, manufactured, marketed, distributed, or sold any component parts of the ATTUNE total knee system that is at issue in this case.

16.    Fictitiously named Defendants 21-30 are the individuals, entities, or corporations that certified or approved the ATTUNE total knee system that is at issue in this case.

17.    Fictitiously named Defendants 31-40 are the individuals, entities, or corporations that were the owners, partners, joint venturers, employers, masters, servants, principals, or agents of any of the named or fictitiously named defendants 1-30.

### FACTS

18.    This is a personal injury action arising out of a defective total knee replacement system (ATTUNE total knee replacement system) that was designed, tested,

4

manufactured, distributed, marketed, and/or sold by the Depuy Defendants and implanted into Plaintiff Mr. Willie Anthony Jones, Sr. (age 49) on February 27, 2015 at DCH Regional Medical Center in Tuscaloosa, Alabama.

19.    Defendant Andrew Lewis is a medical device sales representative who has specialized training and product knowledge and who was present in the operating room during the implantation of the ATTUNE total knee replacement system into Plaintiff Mr. Willie Anthony Jones, Sr., that is the basis of this action.

20.    The Depuy Defendant's ATTUNE total knee replacement system generally consists of three components: a femoral component which is implanted into a patient's femur; a tibial base component that is implanted into a patient's tibia; and a tibial insert that sits between the upper femoral component and lower tibial component. Cement is used secure the femoral and tibial components into their respective bones.

**ATTUNE total knee replacement system**

Femoral Component  ➤

Tibial Insert  ➤

Tibial Base  ➤



21.    The ATTUNE total knee system that was implanted into Mr. Jones on February 27, 2015 completely failed within 21 months as a result of aseptic loosening of the tibial base component.

22.    On November 14, 2016, Mr. Jones was required to undergo a painful revision surgery where the surgeon noted that, "*the tibial component was found to be grossly loose*

5

DOCUMENT 2

*and lifted free from the cement mantle with virtually no cement adhered to the tibial implant."*

23.     The debonding of the tibial implant-cement interface was due to the defective nature of Depuy Defendant's Attune Knee system and/or the failure of Defendant Andrew Lewis to take appropriate actions to inform Mr. Jones's original surgeon and other healthcare providers of important information regarding the medical device, including, but not limited to, his knowledge of problems with debonding of the tibial implant and/or appropriate product selection and cementing techniques.

24.     As a proximate consequence of the Defendants' conduct, Plaintiffs suffered personal injuries and damages.

25.     In June of 2017, The Journal of Knee Surgery published a peer reviewed study titled, "Unusually High Rate of Early Failure of Tibial Component in ATTUNE Total Knee Arthroplasty System at Implant-Cement Interface." The authors noted that there had been 21 reports of tibial loosening at the implant-cement interface in the Manufacturer and User Facility Device database in the last two months alone and further described several design issues as possible causes of the failures.

### FIRST CAUSE OF ACTION
### (Negligence)

26.     Plaintiffs incorporate all prior paragraphs as if set forth fully herein.

27.     Plaintiffs further allege against the Depuy Defendants and fictitiously named defendants 1-40; individually and jointly, as follows:

28.     The Depuy Defendants and fictitiously named defendants 1-40 had a duty

6

DOCUMENT 2

to exercise reasonable and ordinary care in the design, testing, manufacture, marketing, distribution, approval, and sale of the ATTUNE total knee system described herein.

29.    The Depuy Defendants and fictitiously named defendants 1-40 breached their duties by negligently designing, testing, manufacturing, marketing, distributing, approving, and selling the ATTUNE total knee system described herein.

30.    Plaintiffs' injuries were proximately caused by such negligence of the Depuy Defendants and fictitiously named defendants 1-40, either directly, on behalf of, or by and through agents, servants, or employees.

31.    WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40; individually and jointly, for such sums as the jury may assess and are recoverable by law.

<div align="center">

**SECOND CAUSE OF ACTION**
**(Wantonness)**

</div>

32.    Plaintiffs incorporate all prior paragraphs as if set forth fully herein.

33.    Plaintiffs further allege against the Depuy Defendants and fictitiously named defendants 1-40; individually and jointly, as follows:

34.    The Depuy Defendants and fictitiously named defendants 1-40 designed, tested, manufactured, marketed, distributed, approved, and sold the ATTUNE total knee system described herein in a manner that was reckless and/or exhibited a conscious disregard for the safety of the patients that would be implanted with the system.

35.    The Depuy Defendants and fictitiously named defendants 1-40 designing, testing, manufacturing, marketing, distributing, approving, and selling of the ATTUNE total knee system described herein was wanton.

DOCUMENT 2

36.     Plaintiffs' injuries were proximately caused by such wantonness of the Depuy Defendants and fictitiously named defendants 1-40, either directly, on behalf of, or by and through agents, servants, or employees.

37.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40; individually and jointly, for such sums as the jury may assess and are recoverable by law, including punitive damages.

### THIRD CAUSE OF ACTION
**(Product Liability)**

38.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

39.     This cause of action is brought pursuant to the Alabama Extended Manufacturing Liability Doctrine.

40.     The ATTUNE total knee system designed, manufactured, sold, distributed, supplied, retailed, marketed, approved, and/or placed into the stream of commerce by the Depuy Defendants and fictitiously named defendants 1-40 is defective and unreasonably dangerous for its intended and foreseeable uses at the time of its manufacture, distribution, sale and/or delivery.

41.     As a proximate consequence, Plaintiffs suffered personal injuries and damages.

42.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40, individually and jointly, for such sums as the jury may assess and are recoverable by law, including punitive damages.

8

## FOURTH CAUSE OF ACTION
### (Breach of Express Warranty)

43.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

44.     The Depuy Defendants and fictitiously named defendants 1-40 expressly warranted that the ATTUNE total knee system involved in this suit was safe and manufactured in accordance with industry standards.

45.     The ATTUNE total knee system involved in this suit did not conform to the express warranty.

46.     As a consequence, Plaintiffs suffered personal injuries and damages.

47.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40, individually and jointly, for such sums as the jury may assess and are recoverable by law.

## FIFTH CAUSE OF ACTION
### (Breach of Implied Warranty of Fitness for a Particular Purpose)

48.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

49.     The Depuy Defendants, Defendant Andrew Lewis, and fictitiously named defendants 1-40 breached their promise or warranty that the ATTUNE total knee replacement system was suitable for the particular purpose it was being utilized for.

50.     As a consequence, Plaintiffs suffered personal injuries and damages.

51.     WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40, individually and jointly, for such sums as the jury may assess and are recoverable by law.

## SIXTH CAUSE OF ACTION
### (Breach of Implied Warranty of Merchantability)

52.    Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

53.    The Depuy Defendants and fictitiously named defendants 1-40 breached their promise or warranty that the ATTUNE total knee system was fit for the ordinary purpose for which total knee replacement systems are used.

54.    As a consequence, Plaintiffs suffered personal injuries and damages.

55.    WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants and fictitiously named defendants 1-40, individually and jointly, for such sums as the jury may assess and are recoverable by law.

## SEVENTH CAUSE OF ACTION
### (Negligence of Defendant Andrew Lewis)

56.    Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

57.    Defendant Andrew Lewis had specialized training and education regarding the ATTUNE total knee system and is noted in Mr. Jones's medical records as being present in the operating room at the time that the subject ATTUNE total knee system was being selected, fitted, implanted, and cemented into Mr. Jones's right leg.

58.    Defendant Andrew Lewis had a duty to act as a reasonable medical device product sales representative and to provide Mr. Jones's healthcare providers with important and material information regarding the ATTUNE total knee system including, but not limited to, reported problems with the product, usage and implantation methods, proper product selection, and proper cementing technique.

59.    Defendant Andrew Lewis negligently breached this duty.

10

DOCUMENT 2

60.    At all relevant times, Defendant Andrew Lewis was working as the agent, servant, and/or employee of the Depuy Defendants and/or fictitiously named defendants 1-40, who are vicariously responsible for the negligent conduct of Mr. Lewis.

61.    As a proximate consequence of Mr. Lewis's said negligence, Plaintiffs were caused to suffer personal injuries and damages.

WHEREFORE, Plaintiff Tracy Jones demands judgment against the Depuy Defendants, Defendant Andrew Lewis, and fictitiously named defendants 1-40, jointly and severally, for compensatory damages, interest and costs, in excess of the minimum jurisdictional requirements of the Court.

## EIGHTH CAUSE OF ACTION
### (Fraudulent Concealment of Defendant Andrew Lewis)

62.    Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

63.    Defendant Andrew Lewis had an obligation to inform Mr. Jones's healthcare providers of his knowledge of the reported problems of aseptic loosening of the tibial implant of the ATTUNE total knee system as a result of cement debonding issues.

64.    Defendant Andrew Lewis concealed or failed to disclose material facts to Mr. Jones's healthcare providers.

65.    As a proximate consequence, Plaintiffs were caused to suffer personal injuries and damages.

WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants, Defendant Andrew Lewis, and fictitiously named defendants 1-40, jointly and severally, for compensatory and punitive damages, interest and costs, in excess of the minimum jurisdictional requirements of the Court.

11

**NINTH CAUSE OF ACTION**
**(Loss of Service and Consortium)**

66.     Plaintiffs incorporate all prior paragraphs contained as if set forth fully herein.

67.     As a further proximate consequence of the tortious conduct of the Defendants and fictitiously named defendants 1-40, individually and/or jointly, Plaintiff Tracy Jones was caused to lose the services and consortium of her husband for a period of time; was required to provide nursing services to him; and was caused to suffer mental anguish and emotional distress.

WHEREFORE, Plaintiffs demand judgment against the Depuy Defendants, Defendant Andrew Lewis, and fictitiously named defendants 1-40, jointly and severally, for compensatory damages, interest and costs, in excess of the minimum jurisdictional requirements of the Court.

<div style="margin-left:50%">

**CUNNINGHAM BOUNDS, LLC**
Attorneys for the Plaintiffs


BY:     /s/  J. Brian Duncan
J. BRIAN DUNCAN (DUN049)
WILLIAM E. BONNER (BON028)
P.O. Box 66705
Mobile, Alabama 36660
Telephone: (251) 471-6191
Facsimile: (251) 479-1031
E:jbd@cunninghambounds.com
E:web@cunninghambounds.com

</div>

**PLAINTIFFS DEMAND A TRIAL BY JURY.**

<div style="margin-left:50%">

 /s/ J. Brian Duncan, Jr.
**J. BRIAN DUNCAN, JR.**

</div>

DOCUMENT 2

**DEFENDANTS MAY BE SERVED AS FOLLOWS:**

<u>**By Certified Mail**</u>:
**Depuy Synthes, Inc.**
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Depuy Synthes Products, Inc.**
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**Depuy Synthes Sales, Inc.**
CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110

**Medical Device Business Services, Inc., F/K/A DePuy Orthopaedics, Inc.,**
CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

**Depuy Synthes Johnson & Johnson Ireland, Ltd**
Airton Road
Tallaght
Dublin 24

**Depuy Ireland Unlimited Company**
Loughbeg Industrial Estate
Ringaskiddy
CO Cork

**Johnson & Johnson**
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**Johnson & Johnson Services, Inc.**
One Johnson & Johnson Plaza
New Brunswick, NJ 08933

**Johnson & Johnson International**
One Johnson & Johnson Plaza

13

DOCUMENT 2

New Brunswick, NJ 08933

**By Tuscaloosa County Sheriff:**

**Andrew Lewis**
5425 Savannah Avenue
Tuscaloosa, AL 35406

DOCUMENT 2



AlaFile E-Notice

63-CV-2017-901120.00

To:   JAMES BRIAN DUNCAN JR
      jbd@cunninghambounds.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following alias summons was FILED on 10/4/2017 12:43:19 PM

Notice Date:      10/4/2017 12:43:19 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: ANDREW LEWIS
5361 PARK AVENUE
TUSCALOOSA, AL, 35406

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following alias summons was FILED on 10/4/2017 12:43:19 PM

Notice Date:     10/4/2017 12:43:19 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>63-CV-2017-901120.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

NOTICE TO: ANDREW LEWIS, 5361 PARK AVENUE, TUSCALOOSA, AL 35406

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), JAMES BRIAN DUNCAN JR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
*[Name(s)]*
pursuant to the Alabama Rules of the Civil Procedure.

| 10/4/2017 12:43:19 PM | /s/ MAGARIA HAMNER BOBO | By: _____ |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,

*(Name of Person Served)*      *(Name of County)*

Alabama on _____
*(Date)*

_____ | _____ | *(Address of Server)*
_____

*(Type of Process Server)* | *(Server's Signature)* |

*(Server's Printed Name)* | *(Phone Number of Server)*

CV-2017-901120 Summons

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X *McLaren*
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

RECEIVED SEP 2 5 2017

1. Article Addressed to:

Depuy Synthes, INC
The Corporation Trust Co
1209 Orange ST
Wilmington, DE 19801

9590 9402 2476 6306 0291 73

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number *(Transfer from service label)*

7017 0660 0000 5371 6618

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

## USPS TRACKING #



9590 9402 2476 6306 0291 73

**United States
Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL  35401





AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:  DUNCAN JAMES BRIAN JR.
     jbd@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/25/2017

D001 DEPUY SYNTHES, INC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To: BONNER WILLIAM EARL
web@cunninghambounds.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was served on 9/25/2017

D001 DEPUY SYNTHES, INC
Corresponding To
CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



MAGARIA H. BOBO
CIRCUIT CLERK
TUSCALOOSA COUNTY COURTHOUSE
714 GREENSBORO AVENUE, ROOM 214
TUSCALOOSA, ALABAMA 35401

2017 OCT -6

To: DEPUTY IRELAND UNLIMITED CO
LOUGHBEG INDUS ESTATE
RINGASKIDDY
CO CORK, AL, 36604

CERTIFIED

7017 0740 0000

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS FOLD

TUSCALOOSA COUNTY AL
CIRCUIT COURT
MAGARIA H BOBO
2017 OCT -6  PM 12: 44

CV-2017-901120  SIMMONS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Amy Leland Dolmaked for
Bonbeg Indus Estate
By Jae Siddy
Ft. AL 36064

9590 9402 2476 6306 0293 33

2. Article Number (Transfer from service label)

7017 0660 0000 5371 6595

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express
☐ Registered Mail
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



AlaFile E-Notice

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To: DUNCAN JAMES BRIAN JR.
jbd@cunninghambounds.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was not served on 10/6/2017

D006 DEPUIY IRELAND UNLIMITED CO
Corresponding To
UNCLAIMED CERT MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



**AlaFile E-Notice**

63-CV-2017-901120.00

Judge: JOHN HENRY ENGLAND JR

To:  BONNER WILLIAM EARL
web@cunninghambounds.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following matter was not served on 10/6/2017

D006 DEPUY IRELAND UNLIMITED CO
Corresponding To
UNCLAIMED CERT MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

DOCUMENT 35

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | ELECTRONICALLY FILED<br>10/16/2017 2:37 PM<br>63-CV-2017-901120.00<br>CIRCUIT COURT OF<br>TUSCALOOSA COUNTY, ALABAMA<br>MAGARIA HAMNER BOBO, CLERK |
|---|---|---|

### IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA
### WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

NOTICE TO: ANDREW LEWIS, 5361 PARK AVENUE, TUSCALOOSA, AL 35406

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
JAMES BRIAN DUNCAN JR

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: PO BOX 66705, MOBILE, AL 36660

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☑ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
pursuant to the Alabama Rules of the Civil Procedure.                                    *[Name(s)]*

| 10/4/2017 12:43:19 PM | /s/ MAGARIA HAMNER BOBO | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☐ Certified Mail is hereby requested. _____

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☑ I certify that I personally delivered a copy of this Summons and Complaint or other document to *Rebecca*
*Lewis over 18 and resides @residence* in *Tuscaloosa* County,
*(Name of Person Served)*                                *(Name of County)*

Alabama on *10/13/17*
*(Date)*

| *Process Serve* | *Eddie Hodges* | *5m Beacon Parkway west*<br>*(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *Bham AL 35209* |
| Expedius Envoy, Inc<br>517 Beacon Parkway West<br>Birmingham, AL 35209<br>1(205) 510-7078 | *Eddie Hodges*<br>*(Server's Printed Name)* | *205-540-8587*<br>*(Phone Number of Server)* |

### 63-CV-2017-901120.00
WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL

| C001 - JONES WILLIE ANTHONY SR | v. | D010 - ANDREW LEWIS |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |

# SERVICE RETURN COPY

**IN THE CIRCUIT COURT OF TUSCALOOSA, ALABAMA**

**AFFIDAVIT OF SERVICE**



*22477*

Index no :**63-CV-2017-901120.00**

| | |
|---|---|
| Plaintiff(s): | **WILLIE ANTHONY JONES SR ET AL** |
| Defendant(s): | **DEPUY SYNTHES, INC ET AL** |

ss.:

**Eddie Hodges**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the .

On **10/13/2017** at **5:04 PM**, I served the within **SUMMONS & COMPLAINT** on **ANDREW LEWIS** at **5361 PARK AVENUE, Tuscaloosa, AL 35406** in the manner indicated below:

**SUITABLE AGE:** by delivering thereat a true copy of each to **Rebecca Lewis**, **WIFE** of **ANDREW LEWIS**, a person of suitable age and discretion who resides at said premises and which is the residence of **ANDREW LEWIS**.

Comments: **ESH**

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Female** | **Caucasian** | **Brown** | **38** | **5"4"-5"8"** | **131-160 lbs** |
| Other Features: **ESH** | | | | | |

Sworn to and subscribed before me on

Oct 16, 20 7

_____
Notary Public

Commission Expires:

Notary Public,

x *Eddie Hodges*
Eddie Hodges
Expedius Envoy, Inc
517 Beacon Parkway West, Suite 200A
Birmingham, AL 35209
205-510-7078
Atty File#: 63-CV-2017-901120.00

JOSHUA BRAKEFIELD
MY Commission Expires
NOTARY PUBLIC
May 19, 2019
ALABAMA STATE AT LARGE



AlaFile E-Notice

63-CV-2017-901120.00

To:   JAMES BRIAN DUNCAN JR
      jbd@cunninghambounds.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



**AlaFile E-Notice**

63-CV-2017-901120.00

To: DEPUY SYNTHES, INC (PRO SE)
THE CORPORATION TRUST CO
1209 ORANGE ST
WILMINGTON, DE, 19801-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:     10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: DEPUY SYNTHES PRODUCTS, INC (PRO SE)
CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: DEPUY SYNTHES SALES, INC (PRO SE)
CT CORPORATION SYSTEM
155 FEDERAL ST., STE 700
BOSTON, MA, 02110-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: MEDICAL DEVICE BUS SERVICES INC, F/K/A DEPUY ORTHO (PF
CT CORPORATION SYSTEM
2 N. JACKSON ST., STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:     10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: DEPUY SYNTHES JOHNSON & JOHNSON IRELAND LTD (PRO SE
AIRTON ROAD
TALLAGHT, DUBL, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:     10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To: DEPUY IRELAND UNLIMITED CO (PRO SE)
LOUGHBEG INDUS ESTATE
RINGASKIDDY
CO CORK, AL, 36604-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:   JOHNSON & JOHNSON (PRO SE)
      ONE JOHNSON & JOHNSON PLZ
      NEW BRUNSWICK, NJ, 08933-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:   JOHNSON & JOHNSON SERVICES, INC (PRO SE)
      ONE JOHNSON & JOHNSON PLZ
      NEW BRUNSWICK, NJ, 08933-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:  JOHNSON & JOHNSON INTERNATIONAL (PRO SE)
ONE JOHNSON & JOHNSON PLZ
NEW BRUNSWICK, NJ, 08933-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:       10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:  LEWIS ANDREW (PRO SE)
5361 PARK AVENUE
TUSCALOOSA, AL, 35406-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:  BONNER WILLIAM EARL
     web@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov



AlaFile E-Notice

63-CV-2017-901120.00

To:   JAMES BRIAN DUNCAN JR
      jbd@cunninghambounds.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

WILLIE ANTHONY JONES SR ET AL V. DEPUY SYNTHES, INC ET AL
63-CV-2017-901120.00

The following RETURN ON SERVICE - SERVED was FILED on 10/16/2017 2:37:56
PM

Notice Date:      10/16/2017 2:37:56 PM

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov