FILED
2018 Nov-26  PM 03:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIE ANTHONY JONES, | ) | |
| | ) | |
| SR., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 7:17-cv-01778-LSC |
| | ) | |
| v. | ) | |
| | ) | |
| DEPUY SYNTHES | ) | |
| PRODUCTS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Order**

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal without Prejudice (Doc. 33) filed on November 26, 2018. Accordingly, the case is DISMISSED WITHOUT PREJUDICE and costs are taxed as paid.

**DONE** and **ORDERED** on November 26, 2018.

_____
L. Scott Coogler
United States District Judge

194800